IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALONZO MCKINNEY,**<br><br>Petitioner,<br><br>v.<br><br>**HOLLAND,**<br><br>Respondent. | 1:14-cv-00162 LJO MJS HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING MOTION TO DISMISS**<br><br>[Doc. 17] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2014, the Magistrate Judge issued a Findings and Recommendation that Respondent's Motion to Dismiss be GRANTED in part, and the petition be dismissed without prejudice to filing a Second Amended Petition. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty (30) days of the date of service of the order. Petitioner filed objections on June 2 and 9, 2014. (ECF No. 19-20.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's

Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 12, 2014, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is GRANTED in part; and
3. The matter is referred to the Magistrate Judge for further adjudication consistent with this order.

IT IS SO ORDERED.

Dated:   **July 14, 2014**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE