1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ALONZO MCKINNEY,**

Petitioner,

v.

**HOLLAND,**

Respondent.

1:14-cv-00162 LJO MJS HC

**ORDER REQUIRING PETITIONER TO FILE FIRST AMENDED PETITION**

**THIRTY (30) DAY DEADLINE**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2014, the Magistrate Judge issued a Findings and Recommendation that Respondent's Motion to Dismiss be GRANTED in part, and the petition be dismissed without prejudice to Petitioner's filing an Amended Petition. This Findings and Recommendation was served on all parties with notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Petitioner filed objections on June 2 and 9, 2014. (ECF No. 19-20.) On July 15, 2014, the District Court Judge adopted the findings and recommendation in full and referred the matter to the Magistrate Judge for further adjudication consistent with this order.

Accordingly, the court hereby ORDERS Petitioner to file an Amended Petition

1

1    within thirty (30) days of the date of service of this order.

2          Petitioner is forewarned that Rule 2 of the "Rules Governing Section 2254 Cases"

3    provides that the petition "... must specify all the grounds for relief available to the

4    petitioner; state the facts supporting each ground; state the relief requested..."  Rule 2 of

5    the Rules Governing  2254 Cases.   Rule 2 further provides that the petition "must

6    substantially follow either the form appended to these rules or a form prescribed by a

7    local district-court rule.   The clerk must make forms available to petitioners without

8    charge." Id. at 2(c).

9          In addition, Rule 4 of the Rules Governing § 2254 Cases requires the Court to

10   make a preliminary review of each petition for writ of habeas corpus.  The Court must

11   dismiss a petition "[i]f it plainly appears from the petition . . . that the petitioner is not

12   entitled to relief."  Rule 4 of the Rules Governing  2255 Cases; see also Hendricks v.

13   Vasquez, 908 F.2d 490 (9th Cir. 1990).

14         Petitioner is advised that an amended petition supercedes the original petition,

15   Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d

16   565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or

17   superceded pleading." Local Rule 220. Accordingly, Petitioner's last filed amended

18   petition must contain all the claims Petitioner wishes to present before the Court. Plaintiff

19   is warned that "[a]ll causes of action alleged in an original complaint which are not

20   alleged in an amended complaint are waived." King, 814 F.2d at 567 (citing to London v.

21   Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981)). The Court will grant Petitioner

22   leave to determine the pleadings and exhibits he wishes to include in the instant petition.

23         Accordingly, it is HEREBY ORDERED that:

24   1.    Petitioner is GRANTED thirty (30) days from the date of service of this

25   Order to SUBMIT an AMENDED PETITION.  The amended petition should be clearly

26   and boldly titled "AMENDED PETITION," contain the appropriate case number, and be

27   an original signed under penalty of perjury;

28   2.    The Clerk of Court is DIRECTED to send Petitioner a blank form petition

1   for petitioners filing pursuant to 28 U.S.C. § 2254; and,

2       3.      Petitioner is forewarned that his failure to comply with this order may result

3   in a Recommendation that the petition be dismissed pursuant to Local Rule 110.

4

5   IT IS SO ORDERED.

6   Dated:   July 20, 2014                    /s/ *Michael J. Seng*

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28